# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WILLIAM F. WARD, | ) | |
| Plaintiff(s), | ) | 2:09-cv-0952-RLH-GWF |
| vs. | ) | **O R D E R** |
| DONALD COOPER, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#7, filed January 18, 2011), entered by the Honorable George W. Foley, regarding Plaintiff's failure to state a viable claim. No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#7, entered January 18, 2011) is ACCEPTED and ADOPTED, and the Complaint is dismissed with prejudice.

Dated:  February 15, 2011.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**